# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE:  MR. JUSTICE SEAMUS P.     : No. 430
McCAFFERY OF THE SUPREME          :
COURT OF PENNSYLVANIA              : Judicial Administration Docket
                                         :
                                         :
                                         :

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of October, 2014, in light of the retirement of Justice Seamus P. McCaffery as a Justice of the Supreme Court of Pennsylvania, effective immediately, the Court's Order of October 20, 2014, is vacated as moot.

Mr. Justice Eakin did not participate in this matter.

Madame Justice Todd files a Concurring Statement.